# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**DAVID NAZARIANS,**

    **Plaintiff,**

    v.

**GC SERVICES, Limited Partnership,**

    **Defendant.**

No. 2:18-cv-02963- PA-JC

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff David Nazarians and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant GC Services Limited Partnership.

Dated this 10 day of May, 2018.

    Respectfully submitted,

    /s/*Alyson J. Dykes*
    Alyson J. Dykes
    **THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**
    4740 Green River Road, Suite 206
    Corona, CA 92880
    Email: AlysonD@jlohman.com

    **ATTORNEYS FOR PLAINTIFF**