JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NAZARIANS, | |
| Plaintiff, | |
| v. | No. 2:18-cv-02963- PA-JC |
| GC SERVICES, LP, | |
| Defendant. | |

## ORDER

**IT IS HEREBY ORDERED** based on the Stipulation for Dismissal entered into by the parties (Docket No. 12), the above-captioned matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

Dated this 11th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE